UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No. 19-7362 (CLW) |
| v. | : | Hon. Cathy L. Waldor |
| JOSEPH HINKSMON | : | **CRIMINAL COMPLAINT** |

I, Kevin Matthews, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

SEE ATTACHMENT A

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this Complaint is based on the following facts:

SEE ATTACHMENT B

continued on the attached page and made a part hereof.

Kevin Matthews, Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

July 26, 2019                    at        Newark, New Jersey
Date                                        City and State

Honorable Cathy L. Waldor
United States Magistrate Judge
Name and Title of Judicial Officer           Signature of Judicial Officer

## ATTACHMENT A

### Count 1
### (Possession of Child Pornography)

On or about July 24, 2019, in Union County, in the District of New Jersey, and elsewhere, defendant

JOSEPH HINKSMON

did knowingly possess material that contained at least three images of child pornography, as defined in Title 18, United States Code, Section 2256(8), which images had been mailed, shipped, and transported using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that were produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2.

# ATTACHMENT B

I, Kevin Matthews, a Special Agent with the Federal Bureau of Investigation ("FBI"), Newark Division, have knowledge of the following facts based upon both my investigation and discussions with other law enforcement personnel and others. Because this affidavit is being submitted for the sole purpose of establishing probable cause to support the issuance of a complaint, I have not included each and every fact known to the government concerning this matter. Where statements of others are set forth herein, these statements are related in substance and in part. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

## Background

1. At all times relevant to this Complaint, defendant JOSEPH HINKSMON ("HINKSMON") resided in Cranford, New Jersey.

## The Investigation

2. On or about July 24, 2019, law enforcement lawfully obtained from HINKSMON's residence multiple computers and electronic storage media belonging to HINKSMON, including a Western Digital My Passport SSD hard drive (the "Western Digital Hard Drive"). The Western Digital Hard Drive contained images and videos of prepubescent children being sexually abused.

3. Three of the images located on the Western Digital Hard Drive belonging to HINKSMON are described in detail below:

| File Name: | |
|---|---|
| [redacted] 6a7d0c9b6a1bc7c03.jpg | This image appears to depict a naked prepubescent female with black hair lying on her back on a white sheet with her legs spread. An adult hand is holding an adult male penis that is pressed against the child's vagina. The letters "H.M.M." are in the lower right corner of the image. |
| File Name: | |
| [Redacted]7765.jpg | This image appears to depict a Caucasian female who appears to be between the ages of four and seven years old with blondish brown hair and blue eyes. She is wearing a pink |

| | |
|---|---|
| | and white long sleeved shirt with a smiling yellow star. An adult Caucasian male, naked from the waist down is in front of her and her legs are spread. The girl is holding his penis in her hand with her open mouth and tongue in close proximity to the penis. |
| File Name: [Redacted]dfwONION_214657eUr_082jpg.jpg | This image appears to depict a Caucasian prepubescent female who is wearing a pink and white shirt or dress with the words "Beach Club" written in yellow on it. She is wearing white and black shoes that are too large for her feet and is sitting with her bare vagina exposed. An adult male penis is on and/or in her vagina. The word "inna" is in the lower right corner of the image in white letters. |

4.  Before and during the search of his residence and after being advised of his Miranda rights, defendant HINKSMON admitted to law enforcement officers, among other things, in substance and in part, that: (1) he has been viewing and masturbating to images and videos of child pornography for more than a decade, (2) he views and/or downloads child pornography at his place of business multiple times a week, (3) he maintains a collection of child pornography that he estimated to contain approximately 10,000 images and 1,000 videos, and (4) on more than one occasion, he has been sexually aroused in the presence of minor children.

5.  Based upon my education, training and experience, and my discussions with other law enforcement officers, and to the best of my knowledge, the images described in paragraph 3 above traveled in interstate commerce and were produced using materials that were mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the images were downloaded from and transmitted via the Internet.